FILED

FEB 15 2017

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GARRETT JAY COSTA, SR.,<br><br>Defendant. | CR 16-03-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, GARRETT JAY COSTA, SR. is hereby released from the custody of the U.S. Marshals Service.

DATED this 15th day of February, 2017.

*/s/ Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1