FILED

FEB 1 5 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GARRET JAY COSTA, SR.,<br><br>Defendant. | CR 16-03-BLG-SPW<br><br>ORDER |

Upon the Defendant's Motion for Early Termination of Supervision (Doc. 82), pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Garret Costa, Sr.'s supervision is terminated as of the date of this Order.

The Clerk shall notify the U.S. Probation Office of the making of this Order.

DATED this 14th day of February 2019.

SUSAN P. WATTERS
United States District Judge